# In the United States District Court for the Southern District of Georgia Brunswick Division

BABYLOVE CADET,

    Plaintiff,

v.

DEPUTY HARDMAN EDWARD,

    Defendant.

CV 224-025

## ORDER

By Order dated May 28, 2024, the Court gave Plaintiff fourteen (14) days to show cause why she has not effected service on Defendant in this case. Dkt. No. 8. The Court warned Plaintiff that her "failure to comply with the Court's Order will result in dismissal of this action without prejudice." Id. Plaintiff has filed no response, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendant are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m); 12(b)(5). The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 20 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA